CORINNE LEFKOWITZ, Respondent, *v.* HAROLD LEFKOWITZ, Appellant.

Argued January 8, 1954; decided March 4, 1954.

*Solomon H. Friend, Aaron L. Solomon* and *Jacob P. Rosenbaum* for appellant.

*Mortimer Feuer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.